# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| KLEIN, RODNEY D | § | Case No. 05-50487 |
| KLEIN, ELIZABETH A. | § § § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/12/2005 . The undersigned trustee was appointed on 10/13/2005 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 30,838.01

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 7,408.75 |
| Bank service fees | 194.41 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] $ | 23,234.85 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 07/11/2006 and the deadline for filing governmental claims was 07/11/2006 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,833.80 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,833.80 , for a total compensation of $ 3,833.80 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 56.00 , for total expenses of $ 56.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/10/2012          By:/s/MICHAEL G. BERLAND
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Case 05-50487   Doc 65   Filed 07/23/12   Entered 07/23/12 08:29:35   Desc Main
Document      Page 3 of 17

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

| Case No: | 05-50487 BL Judge: Bruce W. Black | | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|
| Case Name: | KLEIN, RODNEY D | | | Date Filed (f) or Converted (c): | 10/12/05 (f) |
| | KLEIN, ELIZABETH A. | | | 341(a) Meeting Date: | 12/12/05 |
| For Period Ending: | 07/10/12 | | | Claims Bar Date: | 07/11/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 904 Piedmont Circle-scheduled | 500,000.00 | 0.00 | DA | 0.00 | FA |
| 2. 25256 Oak, Calumet, Michigan-scheduled | 40,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Oak Brook bank-scheduled | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Household Furnishings-scheduled | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 5. Books-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 6. Personal apparel-scheduled | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 7. Jewelry-scheduled | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 8. Insurance Policies-scheduled | 3,547.15 | 0.00 | DA | 0.00 | FA |
| 9. Promissory notes made by Daniel Grilo-scheduled | 4,810.50 | 0.00 | DA | 0.00 | FA |
| 10. 1999 Dodge caravan-scheduled | 1,945.00 | 0.00 | DA | 0.00 | FA |
| 11. 1999 Toyota Solara-scheduled | 4,250.00 | 0.00 | DA | 0.00 | FA |
| 12. 1994 BmW-scheduled | 3,525.00 | 0.00 | DA | 0.00 | FA |
| 13. Computer & filing cabinets-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 14. A G Edwards Pension-scheduled | 45,000.00 | 0.00 | DA | 0.00 | FA |
| 15. AIM Investments-scheduled | 3,295.84 | 0.00 | DA | 0.00 | FA |
| 16. 30% interest in Federal Mortgage-scheduled | 9.00 | 0.00 | DA | 0.00 | FA |
| 17. 30% interest in Fox Vally-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 18. Interest in Affirmative Partners-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 19. Preference (u) | 0.00 | 0.00 | | 30,838.01 | FA |
| 2This was an unscheduled asset discovered by the trustee. | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.76 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $617,882.49 | $0.00 | | $30,842.77 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

LFORM1  UST Form 101-7-TFR (5/1/2011) (Page: 3)

Ver: 16.06b

Case 05-50487    Doc 65    Filed 07/23/12    Entered 07/23/12 08:29:35    Desc Main
                    Document      Page 4 of 17

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 05-50487  BL  Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | KLEIN, RODNEY D | Date Filed (f) or Converted (c): | 10/12/05 (f) |
| | KLEIN, ELIZABETH A. | 341(a) Meeting Date: | 12/12/05 |
| | | Claims Bar Date: | 07/11/06 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee hired special counsel in conection with a preference action. The case was recently settled and the Trustee
is schedueled to recieve payments for the next several years.

Initial Projected Date of Final Report (TFR): 05/31/10      Current Projected Date of Final Report (TFR): 12/31/12

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 05-50487 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | KLEIN, RODNEY D | Bank Name: | The Bank of New York Mellon |
| | KLEIN, ELIZABETH A. | Account Number / CD #: | *******5265 Money Market Account |
| Taxpayer ID No: | *******0323 | | |
| For Period Ending: | 07/10/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312252685265 | Wire in from JPMorgan Chase Bank, N.A. account 312252685265 | 9999-000 | 5,091.94 | | 5,091.94 |
| 04/20/10 | 19 | Thomas Calabro | Payment of monthly settlment per court order DEPOSIT CHECK #1067 | 1241-000 | 833.33 | | 5,925.27 |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.26 | | 5,925.53 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.35 | | 5,925.88 |
| 06/15/10 | | From Acct #*******5266 | Transfer from dda to mma | 9999-000 | 833.33 | | 6,759.21 |
| 06/21/10 | 19 | Rodney Klein | Payment per settlement DEPOSIT CHECK #1110 | 1241-000 | 833.33 | | 7,592.54 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.38 | | 7,592.92 |
| 07/20/10 | 19 | Thomas Calabro | Payment per settlement DEPOSIT CHECK #1128 | 1241-000 | 833.33 | | 8,426.25 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.47 | | 8,426.72 |
| 08/24/10 | 19 | Thomas Calabro | Payment of monies due per settlement order DEPOSIT CHECK #1154 | 1241-000 | 833.33 | | 9,260.05 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.50 | | 9,260.55 |
| 09/20/10 | 19 | Rodney Klein | Payment per judgment for fraudulent conveyance DEPOSIT CHECK #1206 | 1241-000 | 833.33 | | 10,093.88 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 10,093.94 |
| 10/25/10 | 19 | Thomas Calabro | Payment of monthly settlement per court order DEPOSIT CHECK #1162 | 1241-000 | 833.33 | | 10,927.27 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 10,927.34 |
| 11/29/10 | 19 | Thomas Calabro | Monthly payment per settlement order DEPOSIT CHECK #1186 | 1241-000 | 833.33 | | 11,760.67 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 11,760.74 |
| 12/24/10 | 19 | Thomas Calabro | Payment of monies due under settlement DEPOSIT CHECK #1223 | 1241-000 | 833.33 | | 12,594.07 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,594.17 |

Page Subtotals 12,594.17 0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-50487 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | KLEIN, RODNEY D | | Bank Name: | The Bank of New York Mellon |
| | KLEIN, ELIZABETH A. | | Account Number / CD #: | *******5265 Money Market Account |
| Taxpayer ID No: | *******0323 | | | |
| For Period Ending: | 07/10/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,594.27 |
| 02/01/11 | 19 | Thomas Calabro | Payment per settlement agreement DEPOSIT CHECK #1/24/11 | 1241-000 | 833.33 | | 13,427.60 |
| 02/25/11 | 19 | Thomas Calabo | Payent per settlement order DEPOSIT CHECK #1256 | 1241-000 | 833.33 | | 14,260.93 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 14,261.03 |
| 03/29/11 | 18 | Thomas Calabro | Payment per settlement DEPOSIT CHECK #1273 | 1141-000 | 833.33 | | 15,094.36 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,094.48 |
| 04/26/11 | 19 | Thoams Calabro | Payment under settlement per court order DEPOSIT CHECK #1317' | 1241-000 | 833.33 | | 15,927.81 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,927.93 |
| 05/31/11 | 19 | Thomas Calabro | Payment per court order for settlement DEPOSIT CHECK #1285 | 1241-000 | 833.33 | | 16,761.26 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,761.39 |
| 06/29/11 | 19 | Thomas Calabro | Payment of monies per settlement for fraudulent conveyance DEPOSIT CHECK #1310 | 1241-000 | 833.33 | | 17,594.72 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 17,594.85 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,594.99 |
| 08/02/11 | 19 | Thomas Calabro | Payment per settlement DEPOSIT CHECK #108 | 1241-000 | 833.33 | | 18,428.32 |
| 08/29/11 | 19 | Rodney Klein | Payment per settlement agreement DEPOSIT CHECK #1354 | 1241-000 | 833.33 | | 19,261.65 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 19,261.80 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.63 | 19,219.17 |
| 09/07/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -17.63 | 19,236.80 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 19,236.95 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.52 | 19,197.43 |

Page Subtotals 6,667.78 64.52

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-50487 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | KLEIN, RODNEY D | Bank Name: | The Bank of New York Mellon |
| | KLEIN, ELIZABETH A. | Account Number / CD #: | *******5265 Money Market Account |
| Taxpayer ID No: | *******0323 | | |
| For Period Ending: | 07/10/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/03/11 | 19 | Thoams Calabro | Payment per settlement DEPOSIT CHECK #1381 | 1241-000 | 833.33 | | 20,030.76 |
| 10/26/11 | 19 | Thomas Calabro | Payment per settlement DEPOSIT CHECK #1434 | 1241-000 | 833.33 | | 20,864.09 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,864.26 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.67 | 20,824.59 |
| 11/28/11 | 19 | ThomasCalabro | Payment per court order for settlement of preference/fraudulent conveyance DEPOSIT CHECK #1451 | 1241-000 | 833.33 | | 21,657.92 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,658.09 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 45.70 | 21,612.39 |
| 12/24/11 | 19 | Thomas Calabro | Payment per settlement regarding preference/fraudulent conveyance DEPOSIT CHECK #1412 | 1241-000 | 833.33 | | 22,445.72 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 22,445.90 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.52 | 22,401.38 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 22,401.52 |
| 01/25/12 | | Transfer to Acct #*******4760 | Bank Funds Transfer | 9999-000 | | 22,401.52 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 22,595.93 | 22,595.93 | 0.00 |
| Less: Bank Transfers/CD's | | 5,925.27 | 22,401.52 | |
| Subtotal | | 16,670.66 | 194.41 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 16,670.66 | 194.41 | |

Page Subtotals  3,333.98  22,531.41

UST Form 101-7-TFR (5/1/2011) (Page: 7)

LFORM24

Ver: 16.06b

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-50487 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | KLEIN, RODNEY D | Bank Name: | The Bank of New York Mellon |
|  | KLEIN, ELIZABETH A. | Account Number / CD #: | *******5266 Checking Account |
| Taxpayer ID No: | *******0323 |  |  |
| For Period Ending: | 07/10/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| * 04/02/10 |  | Thomas Calabro | Payment of monthly settlement due p | 1241-003 | -833.33 |  | -833.33 |
| * 04/20/10 |  | Thomas Calabro | Payment of monthly settlement due per court order | 1241-003 | 833.33 |  | 0.00 |
|  |  |  | DEPOSIT CHECK #1067 |  |  |  |  |
| 05/17/10 | 19 | Thomas Calabro | Payament of installment of settlement | 1241-000 | 833.33 |  | 833.33 |
|  |  |  | DEPOSIT CHECK #1085 |  |  |  |  |
| 06/15/10 |  | To Acct #*******5265 | Transfer from dda to mma | 9999-000 |  | 833.33 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 833.33 | 833.33 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 833.33 |
| Subtotal | 833.33 | 0.00 |
| Less: Payments to Debtors |  | 0.00 |
| Net | 833.33 | 0.00 |

Page Subtotals  833.33  833.33

UST Form 101-7-TFR (5/1/2011) (Page: 8)

LFORM24

Ver: 16.06b

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit B

| Case No: | 05-50487 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | KLEIN, RODNEY D | | Bank Name: | JPMorgan Chase Bank, N.A. |
| | KLEIN, ELIZABETH A. | | Account Number / CD #: | *******5265 Money Market Account |
| Taxpayer ID No: | *******0323 | | | |
| For Period Ending: | 07/10/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/24/09 | 19 | Thomas Calabro | Payment of first installment of settlement DEPOSIT CHECK #991 | 1241-000 | 10,000.00 | | 10,000.00 |
| 12/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 10,000.04 |
| 01/18/10 | 001001 | Klein, Stoddard, Buck, Waller & Lewis LLC | Payment of attorney fee per court order | 3410-000 | | 7,408.75 | 2,591.29 |
| 01/26/10 | 19 | Thomas Calabro | Payment of installment per court order DEPOSIT CHECK #1013 | 1241-000 | 833.33 | | 3,424.62 |
| 01/29/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.30 | | 3,424.92 |
| 02/18/10 | 19 | Thomas Calabro | Payment per settlement DEPOSIT CHECK #1031 | 1241-000 | 833.33 | | 4,258.25 |
| 02/26/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 4,258.38 |
| 03/22/10 | 19 | Thomas Calabro | Payment of monthly selttlement amount DEPOSIT CHECK #1049 | 1241-000 | 833.33 | | 5,091.71 |
| 03/31/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,091.91 |
| 04/06/10 | INT | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% JPMORGAN CHASE BANK, N.A. | 1270-000 | 0.03 | | 5,091.94 |
| 04/06/10 | | Wire out to BNYM account 000252685265 | Wire out to BNYM account 000252685265 | 9999-000 | | 5,091.94 | 0.00 |
| | | | COLUMN TOTALS | | 12,500.69 | 12,500.69 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 12,500.69 | 12,500.69 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 12,500.69 | 12,500.69 | |

Page Subtotals 12,500.69 12,500.69

UST Form 101-7-TFR (5/1/2011) (Page: 9)

LFORM24

Ver: 16.06b

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-50487 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | KLEIN, RODNEY D | Bank Name: | JPMorgan Chase Bank, N.A. |
| | KLEIN, ELIZABETH A. | Account Number / CD #: | *******5266 Checking Account |
| Taxpayer ID No: | *******0323 | | |
| For Period Ending: | 07/10/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals 0.00 0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-50487 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | KLEIN, RODNEY D | Bank Name: | Congressional Bank |
| | KLEIN, ELIZABETH A. | Account Number / CD #: | *******4760 Checking Account |
| Taxpayer ID No: | *******0323 | | |
| For Period Ending: | 07/10/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******5265 | Bank Funds Transfer | 9999-000 | 22,401.52 | | 22,401.52 |
| 01/26/12 | 19 | Thomas Calabro | Payment of monthly deposit | 1241-000 | 833.33 | | 23,234.85 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 23,234.85 | 0.00 | 23,234.85 |
| Less: Bank Transfers/CD's | 22,401.52 | 0.00 | |
| Subtotal | 833.33 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 833.33 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - *******5265 | 16,670.66 | 194.41 | 0.00 |
| Checking Account - *******5266 | 833.33 | 0.00 | 0.00 |
| Money Market Account - *******5265 | 12,500.69 | 12,500.69 | 0.00 |
| Checking Account - *******5266 | 0.00 | 0.00 | 0.00 |
| Checking Account - *******4760 | 833.33 | 0.00 | 23,234.85 |
| | 30,838.01 | 12,695.10 | 23,234.85 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 23,234.85 0.00

UST Form 101-7-TFR (5/1/2011) (Page: 11)
LFORM24
Ver: 16.06b

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 10, 2012 |
|---|---|---|---|---|---|---|
| Case Number: 05-50487 | | | Claim Class Sequence | | | |
| Debtor Name: KLEIN, RODNEY D | | | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| 000001<br>070<br>7100-00 | Discover Bank Discover Financial Services<br>PO Box 8003<br>Hilliard OH 43026 | Unsecured | | $0.00 | $5,498.06 | $5,498.06 |
| 000002<br>070<br>7100-00 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | Unsecured | | $0.00 | $16,282.29 | $16,282.29 |
| 000003<br>070<br>7100-00 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | Unsecured | | $0.00 | $27,412.92 | $27,412.92 |
| 000004<br>070<br>7100-00 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | Unsecured | | $0.00 | $33,801.34 | $33,801.34 |
| 000005<br>070<br>7100-00 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | Unsecured | | $0.00 | $22,136.07 | $22,136.07 |
| 000008<br>070<br>7100-00 | Citibank (USA) NA<br>P O BOX 182149<br>Columbus OH 43218 | Unsecured | | $0.00 | $6,156.72 | $6,156.72 |
| 000009<br>070<br>7100-00 | MBNA America (Delaware) NA<br>c/o Becket and Lee LLP<br>P O Box 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $10,057.89 | $10,057.89 |
| 000010<br>070<br>7100-00 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>P O Box 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $15,555.24 | $15,555.24 |
| 000011<br>080<br>7200-00 | MBNA America Bank N A<br>Mailstop DE5-014-02-03<br>P O BOX 15168<br>Wilmington DE 19850 | Unsecured | | $0.00 | $40,533.53 | $40,533.53 |
| 000006<br>050<br>4110-00 | Accredited Home Lenders, Inc.<br>15030 Avenue of Science<br>San Diego, CA 92128 | Secured | | $0.00 | $402,616.67 | $402,616.67 |
| 000007<br>050<br>4110-00 | Accredited Home Lenders, Inc.<br>15030 Avenue of Science<br>San Diego, CA 92128 | Secured | | $0.00 | $100,832.50 | $100,832.50 |

CREGIS2 UST Form 101-7-TFR (5/1/2011) (Page: 12) Printed: 07/10/12 11:04 AM Ver: 16.06b

Page 2

**EXHIBIT C**
**ANALYSIS OF CLAIMS REGISTER**

Date: July 10, 2012

Case Number: 05-50487
Debtor Name: KLEIN, RODNEY D

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $0.00 | $680,883.23 | $680,883.23 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-50487
Case Name: KLEIN, RODNEY D
              KLEIN, ELIZABETH A.
Trustee Name: MICHAEL G. BERLAND

Balance on hand $ 23,234.85

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000006 | Accredited Home Lenders, Inc. 15030 Avenue of Science San Diego, CA 92128 | $ 402,616.67 | $ 402,616.67 | $ 0.00 | $ 0.00 |
| 000007 | Accredited Home Lenders, Inc. 15030 Avenue of Science San Diego, CA 92128 | $ 100,832.50 | $ 100,832.50 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 23,234.85

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 3,833.80 | $ 0.00 | $ 3,833.80 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 56.00 | $ 0.00 | $ 56.00 |

Total to be paid for chapter 7 administrative expenses $ 3,889.80

Remaining Balance $ 19,345.05

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 136,900.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank Discover Financial Services PO Box 8003 Hilliard OH 43026 | $ 5,498.06 | $ 0.00 | $ 776.92 |
| 000002 | Chase Bank USA, N.A. c/o Weinstein & Riley, P.S. 2101 4th Avenue, Suite 900 Seattle, WA, 98121 | $ 16,282.29 | $ 0.00 | $ 2,300.81 |
| 000003 | Chase Bank USA, N.A. c/o Weinstein & Riley, P.S. 2101 4th Avenue, Suite 900 Seattle, WA, 98121 | $ 27,412.92 | $ 0.00 | $ 3,873.65 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Chase Bank USA, N.A. c/o Weinstein & Riley, P.S. 2101 4th Avenue, Suite 900 Seattle, WA, 98121 | $ 33,801.34 | $ 0.00 | $ 4,776.37 |
| 000005 | Chase Bank USA, N.A. c/o Weinstein & Riley, P.S. 2101 4th Avenue, Suite 900 Seattle, WA, 98121 | $ 22,136.07 | $ 0.00 | $ 3,127.99 |
| 000008 | Citibank (USA) NA P O BOX 182149 Columbus OH 43218 | $ 6,156.72 | $ 0.00 | $ 869.99 |
| 000009 | MBNA America (Delaware) NA c/o Becket and Lee LLP P O Box 3001 Malvern, PA 19355-0701 | $ 10,057.89 | $ 0.00 | $ 1,421.25 |
| 000010 | American Express Bank FSB c/o Becket and Lee LLP P O Box 3001 Malvern, PA 19355-0701 | $ 15,555.24 | $ 0.00 | $ 2,198.07 |

Total to be paid to timely general unsecured creditors        $  19,345.05

Remaining Balance        $  0.00

Tardily filed claims of general (unsecured) creditors totaling $ 40,533.53 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | MBNA America Bank N A Mailstop DE5-014-02-03 P O BOX 15168 Wilmington DE 19850 | $ 40,533.53 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to tardy general unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE