UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
KLEIN, RODNEY D § Case No. 05-50487
KLEIN, ELIZABETH A. §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF THE COURT
        219 S. Dearborn
        Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 08/24/2012 in Courtroom 201,
        United States Courthouse
        Will County Court Annex Building
        57 N. Ottawa Street, Suite 201, Joliet, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/23/2012          By: /s/ Michael G. Berland
                                                                           Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
| --- | --- | --- |
| | § | |
| KLEIN, RODNEY D | § | Case No. 05-50487 |
| KLEIN, ELIZABETH A. | § | |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 30,838.01 |
| and approved disbursements of | $ | 7,603.16 |
| leaving a balance on hand of[1] | $ | 23,234.85 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- | --- |
| 000006 | Accredited Home Lenders, Inc. 15030 Avenue of Science San Diego, CA 92128 | $ 402,616.67 | $ 402,616.67 | $ 0.00 | $ 0.00 |
| 000007 | Accredited Home Lenders, Inc. 15030 Avenue of Science San Diego, CA 92128 | $ 100,832.50 | $ 100,832.50 | $ 0.00 | $ 0.00 |
| | Total to be paid to secured creditors | | | $ | 0.00 |
| | Remaining Balance | | | $ | 23,234.85 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 3,833.80 | $ 0.00 | $ 3,833.80 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 56.00 | $ 0.00 | $ 56.00 |

Total to be paid for chapter 7 administrative expenses     $     3,889.80

Remaining Balance     $     19,345.05

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 136,900.53 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank Discover Financial Services PO Box 8003 Hilliard OH 43026 | $ 5,498.06 | $ 0.00 | $ 776.92 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Chase Bank USA, N.A. c/o Weinstein & Riley, P.S. 2101 4th Avenue, Suite 900 Seattle, WA, 98121 | $ 16,282.29 | $ 0.00 | $ 2,300.81 |
| 000003 | Chase Bank USA, N.A. c/o Weinstein & Riley, P.S. 2101 4th Avenue, Suite 900 Seattle, WA, 98121 | $ 27,412.92 | $ 0.00 | $ 3,873.65 |
| 000004 | Chase Bank USA, N.A. c/o Weinstein & Riley, P.S. 2101 4th Avenue, Suite 900 Seattle, WA, 98121 | $ 33,801.34 | $ 0.00 | $ 4,776.37 |
| 000005 | Chase Bank USA, N.A. c/o Weinstein & Riley, P.S. 2101 4th Avenue, Suite 900 Seattle, WA, 98121 | $ 22,136.07 | $ 0.00 | $ 3,127.99 |
| 000008 | Citibank (USA) NA P O BOX 182149 Columbus OH 43218 | $ 6,156.72 | $ 0.00 | $ 869.99 |
| 000009 | MBNA America (Delaware) NA c/o Becket and Lee LLP P O Box 3001 Malvern, PA 19355-0701 | $ 10,057.89 | $ 0.00 | $ 1,421.25 |
| 000010 | American Express Bank FSB c/o Becket and Lee LLP P O Box 3001 Malvern, PA 19355-0701 | $ 15,555.24 | $ 0.00 | $ 2,198.07 |

Total to be paid to timely general unsecured creditors    $    19,345.05

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 40,533.53 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | MBNA America Bank N A<br>Mailstop DE5-014-02-03<br>P O BOX 15168<br>Wilmington DE 19850 | $ 40,533.53 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 05-50487-BWB
Rodney D Klein                                                        Chapter 7
Elizabeth A. Klein
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cturner              Page 1 of 3           Date Rcvd: Jul 24, 2012
                              Form ID: pdf006            Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2012.
```
db/jdb     +Rodney D Klein,   Elizabeth A. Klein,   904 Piedmont Circle,   Naperville, IL 60565-3405
10137361   +AICPA,   P O Box 1513,   Wilmington, DE 19899-1513
10137336    ASC, Amercian Service Company,   P O Box 37297,   Baltimore, MD,   21297-3297
10607795    American Express Bank FSB,   c/o Becket and Lee LLP,   P O Box 3001,   Malvern, PA 19355-0701
10613857   ++BMW FINANCIAL SERVICES,   CUSTOMER SERVICE CENTER,   PO BOX 3608,   DUBLIN OH 43016-0306
            (address filed with court: BMW Financial Services NA LLC,   5515 Parkcenter Circle,
            Dublin, OH 43017)
10137338    BMW Financial Services,   BMW Bank of North America,   P O Box 78066,   Phoenix, AZ 85062-8066
10137343   +Capital One, FSB,   P O Box 790217,   St. Louis, MO 63179
10137352    Chase MasterCard,   P O Box 94014,   Palatine, IL 60094-4014
10137340    Chase/MasterCard,   P O Box 15153,   Wilmington, DE 19886-5153
10137339    Chase/VISA,   P O Box 15153,   Wilmington, DE 19886-5133
10137362    Cingular Wireless,   P O Box 6428,   Carol Stream, IL 60197-6428
10736601   +Citibank (USA) NA,   P O BOX 182149,   Columbus OH 43218-2149
10137348   +City of Naperville-Finance Department,   400 S. Eagle Street,   Naperville, IL 60540-5279
10137356   +Illinois Farmers' Insurance Company,   P O Box 29130,   Shawnee Mission, KS 66201-1430
10137354   +John Ray and Associates,   P O Box 5440,   Miller Place, NY 11764-1117
10137368   +Lorenzin & Associates, Ltd.,   1900 Spring Road,   Suite 501,   Oak Brook, IL 60523-1482
10137363   +M&M Orthopaedics, Ltd.,   4115 Fairview Avenue,   Downers Grove, IL 60515-2268
10579799    MBNA America (Delaware) NA,   c/o Becket and Lee LLP,   P O Box 3001,   Malvern, PA 19355-0701
10137350    MBNA America MasterCard,   P O Box 15137,   Wilmington, DE 19886-5137
10137349   +Michigan-American Water Company,   311 5th Street,   Calumet, MI 49913-1501
10137359    Millennium Leasing and Financial Services, Inc.,   1905 Butterfield Road,   Suite 640,
            Downers Grove, IL 60515
10137347    Oak Brook Bank,   1400 16th Street,   Oak Brook, IL 60523-1300
10137344    Platinum Plus for Business/MasterCard,   P O Box 15469,   Wilmington, DE 19886-5469
10137353   +Roscich & Roscich,   214 1/2 S. Washington Street,   Naperville, IL 60540-8517
10137364   +Steven V. Lekab, M.D.,   2401 Kaneville Road,   Suite 8,   Geneva, IL 60134-2577
10137346    The Great Indoors,   P O Box 1182534,   Columbus, OH  43218-2534
10137351    TruGreen Chemlawn,   14405 S. Route 59,   Plainfield, IL 60544-2647
10137342    United Mileage Plus/VISA,   P O Box 15153,   Wilmington, DE 19886-5153
10137337   ++WACHOVIA DEALER SERVICES INC,   BK DEPARTMENT,   PO BOX 19657,   IRVINE CA 92623-9657
            (address filed with court: WFS Financial,   P O Box 25341,   Santa Ana, CA  92799-5341)
10137367   +Walter E. Smithe,   484 South Route 59,   Naperville, IL 60540-9121
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
10710142   +E-mail/Text: bncmail@w-legal.com Jul 25 2012 06:21:53   Chase Bank USA, N.A.,
            c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,   Seattle, WA 98121-2339
10700666    E-mail/PDF: mrdiscen@discoverfinancial.com Jul 25 2012 08:20:17
            Discover Bank Discover Financial Services,   PO Box 8003,   Hilliard OH 43026
10137345    E-mail/PDF: mrdiscen@discoverfinancial.com Jul 25 2012 08:20:17   DiscoverCard Services,
            P O Box 30395,   Salt Lake City, UT  84130-0395
10137369    E-mail/Text: bnckohlsnotices@becket-lee.com Jul 25 2012 05:07:50   Kohl's,   P O Box 2983,
            Milwaukee, WI  53201-2983
10137360   +E-mail/Text: GDOLES@WESTBROOKCAPITAL.COM Jul 25 2012 05:10:25   Westbrook Capital, Inc.,
            4707 Gilbert Avenue,   Suite 204,   LaGrange, IL 60525-6157
                                                                                              TOTAL: 5
```
```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10137357     IKON Financial Services,   Unknown
10137358     IOS Capital,   Unknown
10137366     SBC,   Unknown
10137365     Wideopen West,   Unknown
10716340   ##+Accredited Home Lenders, Inc.,   15030 Avenue of Science,   San Diego, CA 92128-3433
10137335   ##Accredited Home Lenders, Inc.,   Payment Processing,   P O Box 502480,   San Diego, CA,
            92150-2480
10137341   ##+MBNA America Bank N A,   Mailstop DE5-014-02-03,   P O BOX 15168,   Wilmington DE 19850-5168
                                                                         TOTALS: 4, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


```
District/off: 0752-1           User: cturner              Page 2 of 3            Date Rcvd: Jul 24, 2012
                               Form ID: pdf006            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 26, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: cturner              Page 3 of 3                  Date Rcvd: Jul 24, 2012
                              Form ID: pdf006            Total Noticed: 35
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2012 at the address(es) listed below:

         Bradley J Waller    bjwtrustee@ksbwl.com, bwaller@ecf.epiqsystems.com
         Bradley J Waller    on behalf of Plaintiff Michael Berland bwaller@ksbwl.com, vmaurer@ksbwl.com
         David W. Forth    on behalf of Creditor  BMW Financial Services NA, L.L.C. dforth@dmfirm.com
         Edward P. Graham    on behalf of Debtor Rodney Klein amrechenmacher@graham-law.com
         Michael G Berland    einstein829@earthlink.net, IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
         Michael L Starzec    on behalf of Plaintiff  MBNA America  Bank , NA mike@collectalot.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Terence M Fenelon    on behalf of Creditor  Federal Mortgage Inc, Anthony Mirabelli, James Adams,
 Harry Reczek tmf523@comcast.net
         Yanick  Polycarpe    on behalf of Creditor  Accredited Home Lenders ypolycarpe@atty-pierce.com,
 northerndistrict@atty-pierce.com
                                                                                                                  TOTAL: 9