# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                    §
                                          §
KLEIN, RODNEY D                           §        Case No. 05-50487
KLEIN, ELIZABETH A.                       §
                                          §
            Debtor(s)                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/MICHAEL G. BERLAND _____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | ACCREDITED HOME LENDERS, INC. PAYMENT PROCESSING PO BOX 502480 SAN DIEGO, CA 92150-2480 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACCREDITED HOME LENDERS, INC. PAYMENT PROCESSING PO BOX 502480 SAN DIEGO, CA 92150-2480 | | | | | |
| | ADC, AMERICAN SERVICE COMPANY PO BOX 37297 BALTIMORE, MD 21297-3297 | | | | | |
| | BMW FINANCIAL SERVICES BMW BANK OF NORTH AMERICA PO BOX 78066 PHOENIX, AZ 85062-8066 | | | | | |
| | WFS FINANCIAL PO BOX 25341 SANTA ANA, CA 92799-5341 | | | | | |
| 000006 | ACCREDITED HOME LENDERS, INC. | | | | | |
| 000007 | ACCREDITED HOME LENDERS, INC. | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| Klein, Stoddard, Buck, Waller & Lew | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FAFSA LOAN | | | | | |
| | FAFSA LOAN | | | | | |
| | INTERNAL REVENUE SERVICE | | | | | |
| | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AICPA PO BOX 1513 WILMINGTON, DE 19899-5650 | | | | | |
| | CAPITAL ONE, FSB PO BOX 790217 ST. LOUS, MO 63179-0217 | | | | | |
| | CINGULAR WIRELESS PO BOX 6428 CAROL STREAM, IL 60197-6428 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CITY OF NAPERVILLE FINANCE DEPT. 400 S. EAGLE STREET NAPERVILLE, IL 60540 | | | | | |
| | IKON FINANCIAL SERVICES | | | | | |
| | ILLINOIS FARMERS INSURANCE CO. PO BOX 29130 SHAWNEE MISSION, KS 66201 | | | | | |
| | ILLINOIS FARMERS INSURANCE CO. PO BOX 29130 SHAWNEE MISSION, KS 66201 | | | | | |
| | ILLLINOIS FARMERS&apos; INSURANCE CO. PO BOX 29130 SHAWNEE MISSION, KS 66201 | | | | | |
| | IOS CAPITAL | | | | | |
| | JOHN RAY AND ASSOCIATES PO BOX 5440 MILLER PLACE, NY 11764 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | KOHL&apos;S PO BOX 2983 MILWAUKEE, WI 53201-2983 | | | | | |
| | LORENZIN & ASSOCIATES, LTD. 1900 SPRING ROAD, SUITE 501 OAK BROOK, IL 60523 | | | | | |
| | M&M ORTHOPAEDICS, LTD. 4115 FAIRVIEW AVENUE DOWNERS GROVE, IL 60515 | | | | | |
| | MICHIGAN-AMERICAN WATER COMPANY 311 5TH STREET CALUMENT, MI 49913 | | | | | |
| | MILLENNIUM LEASING AND FINANCIAL SERVICS, INC. 1905 BUTTERFIELD ROAD, SUITE 640 DOWNERS GROVE, IL 60515 | | | | | |
| | OAK BROOK BANK 1400 16TH STREET OAK BROOK, IL 60523-1300 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PLATINUM PLUS FOR BUSINESS MASTERCARD PO BOX 15469 WILMINGTON, DE 19886-5469 | | | | | |
| | ROSCICH & ROSCICH 214 1/2 S. WASHINGTON STREET NAPERVILLE, IL 60540 | | | | | |
| | SBC | | | | | |
| | STEVEN V. LEKAB, MD 2401 KANEVILLE ROAD, SUITE 8 GENEVA, IL 60134 | | | | | |
| | THE GREAT INDOORS PO BOX 118534 COLUMBUS, OH 43218-2534 | | | | | |
| | TRUGREEN CHEMLAWN 14405 S. ROUTE 59 PLAINFIELD, IL 60544-2647 | | | | | |
| | UNITED MILEAGE PLUS/VISA PO BOX 15153 WILMINGTON, DE 19886-5153 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | WALTER E. SMITHE 484 SOUTH ROUTE 59 NAPERVILLE, IL 60540 | | | | | |
| | WESTBROOK CAPITAL, INC. 4707 GILBERT AVENUE, SUITE 204 LAGRANGE, IL 60525 | | | | | |
| | WIDEOPEN WEST | | | | | |
| 000010 | AMERICAN EXPRESS BANK FSB | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000008 | CITIBANK (USA) NA | | | | | |
| 000001 | DISCOVER BANK DISCOVER FINANCIAL SE | | | | | |
| 000009 | MBNA AMERICA (DELAWARE) NA | | | | | |
| 000011 | MBNA AMERICA BANK N A | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

Exhibit 8

| | |
|---|---|
| Case No: | 05-50487   BL   Judge: Bruce W. Black |
| Case Name: | KLEIN, RODNEY D |
| | KLEIN, ELIZABETH A. |
| For Period Ending: | 12/18/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Date Filed (f) or Converted (c): | 10/12/05 (f) |
| 341(a) Meeting Date: | 12/12/05 |
| Claims Bar Date: | 07/11/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 904 Piedmont Circle-scheduled | 500,000.00 | 0.00 | | 0.00 | FA |
| 2. 25256 Oak, Calumet, Michigan-scheduled | 40,000.00 | 0.00 | | 0.00 | FA |
| 3. Oak Brook bank-scheduled | 3,000.00 | 0.00 | | 0.00 | FA |
| 4. Household Furnishings-scheduled | 4,000.00 | 0.00 | | 0.00 | FA |
| 5. Books-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 6. Personal apparel-scheduled | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Jewelry-scheduled | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. Insurance Policies-scheduled | 3,547.15 | 0.00 | | 0.00 | FA |
| 9. Promissory notes made by Daniel Grilo-scheduled | 4,810.50 | 0.00 | | 0.00 | FA |
| 10. 1999 Dodge caravan-scheduled | 1,945.00 | 0.00 | | 0.00 | FA |
| 11. 1999 Toyota Solara-scheduled | 4,250.00 | 0.00 | | 0.00 | FA |
| 12. 1994 BmW-scheduled | 3,525.00 | 0.00 | | 0.00 | FA |
| 13. Computer & filing cabinets-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 14. A G Edwards Pension-scheduled | 45,000.00 | 0.00 | | 0.00 | FA |
| 15. AIM Investments-scheduled | 3,295.84 | 0.00 | | 0.00 | FA |
| 16. 30% interest in Federal Mortgage-scheduled | 9.00 | 0.00 | | 0.00 | FA |
| 17. 30% interest in Fox Vally-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 18. Interest in Affirmative Partners-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 19. Preference (u) | 0.00 | 0.00 | | 30,838.01 | FA |
|    2This was an unscheduled asset discovered by the trustee. | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.76 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $617,882.49 | $0.00 | | $30,842.77 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 05-50487    BL   Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | KLEIN, RODNEY D | Date Filed (f) or Converted (c): | 10/12/05 (f) |
| | KLEIN, ELIZABETH A. | 341(a) Meeting Date: | 12/12/05 |
| | | Claims Bar Date: | 07/11/06 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee hired special counsel  in conection with a preference action. The case was  settled and the Trustee i

recieved payments for the next several years. The Final Report was filed and a distribution made to creditors.

Initial Projected Date of Final Report (TFR):  /  /        Current Projected Date of Final Report (TFR):  /  /

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

Ver: 17.00b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 05-50487 -BL |
|---|---|
| Case Name: | KLEIN, RODNEY D |
| | KLEIN, ELIZABETH A. |
| Taxpayer ID No: | *******0323 |
| For Period Ending: | 12/18/12 |

| Trustee Name: | MICHAEL G. BERLAND |
|---|---|
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******5265  Money Market Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312252685265 | Wire in from JPMorgan Chase Bank, N.A. account 312252685265 | 9999-000 | 5,091.94 | | 5,091.94 |
| 04/20/10 | 19 | Thomas Calabro | Payment of monthly settlment per court order DEPOSIT CHECK #1067 | 1241-000 | 833.33 | | 5,925.27 |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.26 | | 5,925.53 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.35 | | 5,925.88 |
| 06/15/10 | | From Acct #*******5266 | Transfer from dda to mma | 9999-000 | 833.33 | | 6,759.21 |
| 06/21/10 | 19 | Rodney Klein | Payment per settlement DEPOSIT CHECK #1110 | 1241-000 | 833.33 | | 7,592.54 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.38 | | 7,592.92 |
| 07/20/10 | 19 | Thomas Calabro | Payment per settlement DEPOSIT CHECK #1128 | 1241-000 | 833.33 | | 8,426.25 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.47 | | 8,426.72 |
| 08/24/10 | 19 | Thomas Calabro | Payment of monies due per settlement order DEPOSIT CHECK #1154 | 1241-000 | 833.33 | | 9,260.05 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.50 | | 9,260.55 |
| 09/20/10 | 19 | Rodney Klein | Payment per judgment for fraudulent conveyance DEPOSIT CHECK #1206 | 1241-000 | 833.33 | | 10,093.88 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 10,093.94 |
| 10/25/10 | 19 | Thomas Calabro | Payment of monthly settlement per court order DEPOSIT CHECK #1162 | 1241-000 | 833.33 | | 10,927.27 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 10,927.34 |
| 11/29/10 | 19 | Thomas Calabro | Monthly payment per settlement order DEPOSIT CHECK #1186 | 1241-000 | 833.33 | | 11,760.67 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 11,760.74 |
| 12/24/10 | 19 | Thomas Calabro | Payment of monies due under settlement DEPOSIT CHECK #1223 | 1241-000 | 833.33 | | 12,594.07 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,594.17 |

| | | Page Subtotals | | | 12,594.17 | 0.00 | |

Ver: 17.00b

FORM 2   Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 05-50487 -BL | | Trustee Name: | MICHAEL G. BERLAND | |
| Case Name: | KLEIN, RODNEY D | | Bank Name: | The Bank of New York Mellon | |
| | KLEIN, ELIZABETH A. | | Account Number / CD #: | *******5265  Money Market Account | |
| Taxpayer ID No: | *******0323 | | | | |
| For Period Ending: | 12/18/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,594.27 |
| 02/01/11 | 19 | Thomas Calabro | Payment per settlement agreement | 1241-000 | 833.33 | | 13,427.60 |
| | | | DEPOSIT CHECK #1/24/11 | | | | |
| 02/25/11 | 19 | Thomas Calabo | Payent per settlement order | 1241-000 | 833.33 | | 14,260.93 |
| | | | DEPOSIT CHECK #1256 | | | | |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 14,261.03 |
| 03/29/11 | 18 | Thomas Calabro | Payment per settlement | 1141-000 | 833.33 | | 15,094.36 |
| | | | DEPOSIT CHECK #1273 | | | | |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,094.48 |
| 04/26/11 | 19 | Thoams Calabro | Payment under settlement per court order | 1241-000 | 833.33 | | 15,927.81 |
| | | | DEPOSIT CHECK #1317` | | | | |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,927.93 |
| 05/31/11 | 19 | Thomas Calabro | Payment per court order for settlement | 1241-000 | 833.33 | | 16,761.26 |
| | | | DEPOSIT CHECK #1285 | | | | |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,761.39 |
| 06/29/11 | 19 | Thomas Calabro | Payment of monies per settlement for fraudulent conveyance | 1241-000 | 833.33 | | 17,594.72 |
| | | | DEPOSIT CHECK #1310 | | | | |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 17,594.85 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,594.99 |
| 08/02/11 | 19 | Thomas Calabro | Payment  per settlement | 1241-000 | 833.33 | | 18,428.32 |
| | | | DEPOSIT CHECK #108 | | | | |
| 08/29/11 | 19 | Rodney Klein | Payment per settlement agreement | 1241-000 | 833.33 | | 19,261.65 |
| | | | DEPOSIT CHECK #1354 | | | | |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 19,261.80 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.63 | 19,219.17 |
| 09/07/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -17.63 | 19,236.80 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 19,236.95 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.52 | 19,197.43 |

| | | Page Subtotals | 6,667.78 | 64.52 | |
|---|---|---|---|---|---|

Ver: 17.00b

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 05-50487 -BL | |
| Case Name: | KLEIN, RODNEY D | |
| | KLEIN, ELIZABETH A. | |
| Taxpayer ID No: | *******0323 | |
| For Period Ending: | 12/18/12 | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******5265  Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/03/11 | 19 | Thoams Calabro | Payment per settlement DEPOSIT CHECK #1381 | 1241-000 | 833.33 | | 20,030.76 |
| 10/26/11 | 19 | Thomas Calabro | Payment per settlement DEPOSIT CHECK #1434` | 1241-000 | 833.33 | | 20,864.09 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,864.26 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.67 | 20,824.59 |
| 11/28/11 | 19 | ThomasCalabro | Payment  per court order for settlement of preference/fraudulent conveyance DEPOSIT CHECK #1451 | 1241-000 | 833.33 | | 21,657.92 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,658.09 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 45.70 | 21,612.39 |
| 12/24/11 | 19 | Thomas Calabro | Payment  per settlement regarding preference/fraudulent conveyance DEPOSIT CHECK #1412 | 1241-000 | 833.33 | | 22,445.72 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 22,445.90 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.52 | 22,401.38 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 22,401.52 |
| 01/25/12 | | Transfer to Acct #*******4760 | Bank Funds Transfer | 9999-000 | | 22,401.52 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 22,595.93 | 22,595.93 | 0.00 |
| Less:  Bank Transfers/CD's | 5,925.27 | 22,401.52 | |
| Subtotal | 16,670.66 | 194.41 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 16,670.66 | 194.41 | |

Page Subtotals          3,333.98          22,531.41

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 4                                                                                                    Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 05-50487  -BL | |
| Case Name: | KLEIN, RODNEY D | |
| | KLEIN, ELIZABETH A. | |
| Taxpayer ID No: | *******0323 | |
| For Period Ending: | 12/18/12 | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******5266  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| *  04/02/10 | | Thomas Calabro | Payment of monthly settlement due p | 1241-003 | -833.33 | | -833.33 |
| *  04/20/10 | | Thomas Calabro | Payment of monthly settlement due per court order | 1241-003 | 833.33 | | 0.00 |
| | | | DEPOSIT CHECK #1067 | | | | |
| 05/17/10 | 19 | Thomas Calabro | Payament of installment  of settlement | 1241-000 | 833.33 | | 833.33 |
| | | | DEPOSIT CHECK #1085 | | | | |
| 06/15/10 | | To Acct #*******5265 | Transfer from dda to mma | 9999-000 | | 833.33 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 833.33 | 833.33 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 833.33 | |
| Subtotal | 833.33 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 833.33 | 0.00 | |

| | | |
|---|---|---|
| Page Subtotals | 833.33 | 833.33 |

Ver: 17.00b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   5

Exhibit 9

| Case No: | 05-50487 -BL |
| Case Name: | KLEIN, RODNEY D |
| | KLEIN, ELIZABETH A. |
| Taxpayer ID No: | *******0323 |
| For Period Ending: | 12/18/12 |

| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Account Number / CD #: | *******5265  Money Market Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/24/09 | 19 | Thomas Calabro | Payment of first installment of settlement DEPOSIT CHECK #991 | 1241-000 | 10,000.00 | | 10,000.00 |
| 12/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 10,000.04 |
| 01/18/10 | 001001 | Klein, Stoddard, Buck, Waller & Lewis LLC | Payment of attorney fee per court order | 3410-000 | | 7,408.75 | 2,591.29 |
| 01/26/10 | 19 | Thomas Calabro | Payment of installment per court order DEPOSIT CHECK #1013 | 1241-000 | 833.33 | | 3,424.62 |
| 01/29/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.30 | | 3,424.92 |
| 02/18/10 | 19 | Thomas Calabro | Payment per settlement DEPOSIT CHECK #1031 | 1241-000 | 833.33 | | 4,258.25 |
| 02/26/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 4,258.38 |
| 03/22/10 | 19 | Thomas Calabro | Payment of monthly setttlement amount DEPOSIT CHECK #1049 | 1241-000 | 833.33 | | 5,091.71 |
| 03/31/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,091.91 |
| 04/06/10 | INT | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% JPMORGAN CHASE BANK, N.A. | 1270-000 | 0.03 | | 5,091.94 |
| 04/06/10 | | Wire out to BNYM account 000252685265 | Wire out to BNYM account 000252685265 | 9999-000 | | 5,091.94 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 12,500.69 | 12,500.69 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 12,500.69 | 12,500.69 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 12,500.69 | 12,500.69 | |

Page Subtotals        12,500.69        12,500.69

Ver: 17.00b

FORM 2                                                                          Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                              Exhibit 9

| | | |
|---|---|---|
| Case No: | 05-50487  -BL | |
| Case Name: | KLEIN, RODNEY D | |
| | KLEIN, ELIZABETH A. | |
| Taxpayer ID No: | *******0323 | |
| For Period Ending: | 12/18/12 | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Account Number / CD #: | *******5266  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | | |
| Subtotal | 0.00 | 0.00 | | |
| Less:  Payments to Debtors | | 0.00 | | |
| Net | 0.00 | 0.00 | | |

Page Subtotals            0.00            0.00

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*

FORM 2

Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 05-50487  -BL |
| Case Name: | KLEIN, RODNEY D |
| | KLEIN, ELIZABETH A. |
| Taxpayer ID No: | *******0323 |
| For Period Ending: | 12/18/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4760  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******5265 | Bank Funds Transfer | 9999-000 | 22,401.52 | | 22,401.52 |
| 01/26/12 | 19 | Thomas Calabro | Payment of monthly deposit | 1241-000 | 833.33 | | 23,234.85 |
| 08/28/12 | 001001 | MICHAEL G. BERLAND | Chapter 7 Compensation/Fees | 2100-000 | | 3,833.80 | 19,401.05 |
| | | 1 NORTH LASALLE STREET | | | | | |
| | | STE 1775 | | | | | |
| | | CHICAGO, IL  60602 | | | | | |
| 08/28/12 | 001002 | MICHAEL G. BERLAND | Chapter 7 Expenses | 2200-000 | | 56.00 | 19,345.05 |
| | | 1 NORTH LASALLE STREET | | | | | |
| | | STE 1775 | | | | | |
| | | CHICAGO, IL  60602 | | | | | |
| 08/28/12 | 001003 | Discover Bank Discover Financial Services | Claim 000001, Payment 14.13080% | 7100-000 | | 776.92 | 18,568.13 |
| | | PO Box 8003 | | | | | |
| | | Hilliard OH 43026 | | | | | |
| 08/28/12 | 001004 | Chase Bank USA, N.A. | Claim 000002, Payment 14.13075% | 7100-000 | | 2,300.81 | 16,267.32 |
| | | c/o Weinstein & Riley, P.S. | | | | | |
| | | 2101 4th Avenue, Suite 900 | | | | | |
| | | Seattle, WA, 98121 | | | | | |
| 08/28/12 | 001005 | Chase Bank USA, N.A. | Claim 000003, Payment 14.13075% | 7100-000 | | 3,873.65 | 12,393.67 |
| | | c/o Weinstein & Riley, P.S. | | | | | |
| | | 2101 4th Avenue, Suite 900 | | | | | |
| | | Seattle, WA, 98121 | | | | | |
| 08/28/12 | 001006 | Chase Bank USA, N.A. | Claim 000004, Payment 14.13071% | 7100-000 | | 4,776.37 | 7,617.30 |
| | | c/o Weinstein & Riley, P.S. | | | | | |
| | | 2101 4th Avenue, Suite 900 | | | | | |
| | | Seattle, WA, 98121 | | | | | |
| 08/28/12 | 001007 | Chase Bank USA, N.A. | Claim 000005, Payment 14.13074% | 7100-000 | | 3,127.99 | 4,489.31 |
| | | c/o Weinstein & Riley, P.S. | | | | | |
| | | 2101 4th Avenue, Suite 900 | | | | | |
| | | Seattle, WA, 98121 | | | | | |

Page Subtotals          23,234.85          18,745.54

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 20)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   8

Exhibit 9

| Case No: | 05-50487  -BL |
|---|---|
| Case Name: | KLEIN, RODNEY D |
| | KLEIN, ELIZABETH A. |
| Taxpayer ID No: | *******0323 |
| For Period Ending: | 12/18/12 |

| Trustee Name: | MICHAEL G. BERLAND |
|---|---|
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4760  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/28/12 | 001008 | Citibank (USA) NA<br>P O BOX 182149<br>Columbus OH 43218 | Claim 000008, Payment 14.13074% | 7100-000 | | 869.99 | 3,619.32 |
| 08/28/12 | 001009 | MBNA America (Delaware) NA<br>c/o Becket and Lee LLP<br>P O Box 3001<br>Malvern, PA 19355-0701 | Claim 000009, Payment 14.13070% | 7100-000 | | 1,421.25 | 2,198.07 |
| 08/28/12 | 001010 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>P O Box 3001<br>Malvern, PA 19355-0701 | Claim 000010, Payment 14.13074% | 7100-000 | | 2,198.07 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 23,234.85 | 23,234.85 | 0.00 |
| Less:  Bank Transfers/CD's | 22,401.52 | 0.00 | |
| Subtotal | 833.33 | 23,234.85 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 833.33 | 23,234.85 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - *******5265 | 16,670.66 | 194.41 | 0.00 |
| Checking Account - *******5266 | 833.33 | 0.00 | 0.00 |
| Money Market Account - *******5265 | 12,500.69 | 12,500.69 | 0.00 |
| Checking Account - *******5266 | 0.00 | 0.00 | 0.00 |
| Checking Account - *******4760 | 833.33 | 23,234.85 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 30,838.01 | 35,929.95 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals               0.00               4,489.31

FORM 2                                                                                    Page: 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                        Exhibit 9

| Case No: | 05-50487  -BL | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | KLEIN, RODNEY D | Bank Name: | Congressional Bank |
| | KLEIN, ELIZABETH A. | Account Number / CD #: | *******4760  Checking Account |
| Taxpayer ID No: | *******0323 | | |
| For Period Ending: | 12/18/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Money Market Account - ********5265 | | | | |
| | | | Checking Account - ********5266 | | | | |
| | | | Money Market Account - ********5265 | | | | |
| | | | Checking Account - ********5266 | | | | |
| | | | Checking Account - ********4760 | | | | |

|  | Page Subtotals | 0.00 | 0.00 | |

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 22)*